BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ADAM WRIGHT (MABN 661283)
MARC PRICE WOLF (CABN 254495)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email:  marc.wolf@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0514 CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | |
| JOSEPH SCOTT, et. al, | |
| Defendants. | |

      Pursuant to Federal Rule of Criminal Procedure 16(d), the United States and the defendants, through their undersigned counsel, hereby stipulate and agree that the Court should enter this proposed Protective Order requiring that certain documents and other materials produced by the government should be subject to the following restrictions:

      1.    The government may produce documents or other information labeled as "Protected Material."  This may include information that has been designated by the Transportation Security Administration as Sensitive Security Information ("SSI"), which includes information obtained or developed in carrying out security activities as they relate to aircraft transportation.  *See generally* 49 C.F.R. § 1520.  The need to protect SSI stems primarily from the extent to which that information, if

1  compromised, would reveal a systemic vulnerability of the aviation system or facilities.

2      2.    The government will designate Protected Material with the Bates-stamp "PROTECTED
3  XXXXXX."  Any Protected Material so designated by the government will be subject to the terms of
4  this Order.  The parties will confer in good faith if there is a dispute regarding the basis of a document
5  labeled as Protected Material

6      3.    Neither the government nor the defendant shall publicly offer, file, or lodge any Protected
7  Material unless such material (1) is offered, filed, or lodged under seal; (2) is offered, filed, or lodged
8  with the concurrence of the party that originally produced it; or (3) is offered filed, or lodged pursuant to
9  further Court order.

10     4.    The following individuals may examine the Protected Material for the sole purpose of
11 preparing the defense of defendant:

12         a)    counsel for defendant;
13         b)    members of defense counsel's law office or contracted individuals who are
14             assisting with the preparation of defendant's defense;
15         c)    defendant; and
16         d)    investigators and/or experts retained by defendant to assist in the defense of this
17             matter.

18 These individuals shall not share, duplicate, or give copies of the Protected Material to other persons.

19     5.    Except when actively being examined, the Protected Material shall be maintained in a
20 safe, and secure drawer, cabinet, or safe or secure electronic device (e.g., computer, memory stick),
21 which is accessible only to individuals authorized to review the material as referenced in paragraph
22 Defense counsel, members of his or her law firm, defendant, and the investigator(s) shall not permit any
23 person access of any kind to the Protected Material except as set forth below.  A copy of this Order shall
24 be maintained with the Protected Material at all times.

25     6.    The defense team shall return the Protected Material to the United States 30 days after
26 any one of the following events, whichever is latest in time, occurs: (a) dismissal of all charges against
27 the defendant; (b) defendant's acquittal after trial by court or jury; (c) if defendant is convicted, the
28 expiration of the time period in which a direct appeal may be taken; or (d) if a direct appeal is taken, the

1  date on which any such appeal is finally determined.  This order shall apply after a conviction and
2  during the pendency and resolution of any appeal, until such time as the materials are returned.
3       7.   The United States will maintain a copy of the Protected Material in compliance with its
4  normal document retention policies.

6  STIPULATED:

7                                             BRIAN J. STRETCH
                                              Acting United States Attorney

9  Dated: November 17, 2015                      /s/
                                              ADAM WRIGHT
10                                            MARC PRICE WOLF
                                              Attorneys for the United States

12 Dated: November 17, 2015                      /s/
                                              MIRANDA KANE
13                                            Counsel for Defendant
                                              Joseph Scott

15 Dated: November 17, 2015                      /s/
                                              DENA MARIE YOUNG
16                                            Counsel for Defendant
                                              Jessica Scott

18
19 Dated: November 17, 2015                      /s/
                                              ADAM GASNER
                                              Counsel for Defendant
20                                            Michael Castaneda

1
2               **[PROPOSED] ORDER**

3        PURSUANT TO THIS STIPULATION, IS IT SO ORDERED that disclosure of the above-
4  described materials shall be restricted as set forth above.

5
6  DATED:  November 18, 2015            _____
                                        HON. CHARLES R. BREYER
7                                       United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROTECTIVE ORDER
CR 15-0514 CRB                          4