ADAM G. GASNER (SBN: 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-782-6000
Facsimile:   415-782-6011
E-Mail:   adam@gasnerlaw.com

Attorney for Defendant
MICHAEL CASTANEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CASTANEDA, et al.,<br><br>Defendant. | Case No: 13-cr-00514 CRB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE &<br><br>[PROPOSED] ORDER. |

THE PARTIES STIPULATE AS FOLLOWS:

The status conference set for Wednesday, December 23, 2015 at 12:00 PM may be continued to Wednesday, January 20, 2016 at 2:00 PM.

The parties further stipulate that pursuant to the Speedy Trial Act, time should continue to be excluded up until and including the new date of the status conference on January 20, 2016 for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

-1-
USA v. Michael Castaneda, et al., CR 15-00514 CRB
STIPULATION & PROPOSED ORDER RE: CONTINUING STATUS CONFERENCE

SO STIPULATED AND AGREED:

DATED: December 17, 2015

                                                                      /s/_____
ADAM G. GASNER
Attorney for Defendant
MICHAEL CASTANEDA

DATED: December 17, 2015

                                                              /s/_____
MIRANDA KANE
Attorney for Defendant
JOSEPH SCOTT

DATED: December 17, 2015

                                                     /s/_____
DENA MARIE YOUNG
Attorney for Defendant
JESSICA SCOTT

DATED: December 17, 2015

                                                     /s/_____
ADAM WRIGHT
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: December 17, 2015

                                                     /s/_____
MARC JOEL PRICE WOLF
Attorney for Plaintiff
UNITED STATES OF AMERICA

///

///

///

///

///

///

///

**USA v. Michael Castaneda, et al., CR 15-00514 CRB**
**STIPULATION & PROPOSED ORDER RE: CONTINUING STATUS CONFERENCE**

**ORDER**

IT IS HEREBY ORDERED that the status conference set for Wednesday, December 23, 2015 at 12:00 PM shall be continued to Wednesday, January 20, 2016 at 2:00 PM.

It is further ordered that pursuant to the Speedy Trial Act, time should continue to be excluded up until and including the new date of the status conference on January 20, 2016 for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: December __21st__, 2015

_____
HON. CHARLES R. BREYER
United States District Judge