JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JESSICA SCOTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JESSICA SCOTT et al,<br><br>            Defendant. | Case No. CR 15-514 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

This matter is set for a status conference on October 26, 2016. Counsel for the defendants and the government request that this status conference be continued to December 14, 2016. Defense and government counsel continue to discuss possible resolution of their respective cases. In particular, government counsel is in the process of reviewing the possibility of pretrial diversion for Defendant Jessica Scott and requests additional time to do so. The parties therefore request additional time to prepare their cases and agree that time should appropriately be excluded for effective preparation of counsel from October 26, 2016 through December 14, 2016 for the above-stated reasons.

In addition, the defendants agree to exclude for these periods of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance is necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                        BRIAN STRETCH
                                      United States Attorney

DATED: October 24, 2016                /s/
                                      LAURA VARTAIN HORN
                                      Assistant United States Attorney

DATED: October 24, 2016                /s/
                                      JULIA JAYNE
                                      Attorney for JESSICA SCOTT

DATED: October 24, 2016                /s/
                                      MIRANDA KANE
                                      Attorney for JOSEPH SCOTT

Based upon the stipulation of the parties to continue the status conference currently set for October 26, 2016 is continued to December 14, 2016 at 2:00 p.m.

**IT IS HEREBY ORDERED** that the hearing be continued to December 14, 2016 at 2:00 p.m.

Based upon the representation of counsel and for good cause shown, the Court further finds that failing to exclude the time between October 26, 2016 and December 14, 2016 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 26, 2016 and December 14, 2016 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between October 26, 2016 and December 14, 2016 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

DATED: 10/24/2016

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE